IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO WITHDRAW** |
| | ) | |
| vs. | ) | |
| | ) | |
| Antonette Marie Cabana, | ) | Case No. 1:13-cr-077-14 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Motion to Withdraw as Counsel" filed by Aubrey Zuger, defendant's court-appointed defense counsel. The court **GRANTS** Attorney Aubrey Zuger's motion (Docket No. 589). Attorney John Bruhn is appointed as counsel for defendant and shall be substituted as defense counsel of record. Attorney Aubrey Zuger shall be permitted to withdraw as defense counsel.

**IT IS SO ORDERED.**

Dated this 15th day of July, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court